■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERALD MILLER, Appellant. [979 NYS2d 522]—

Defendant contends that his guilty plea should be vacated because he was not informed of any of his constitutional rights under *Boykin v Alabama* (395 US 238 [1969]). The only ques-

tion that the judge asked was whether "anybody force[d] [him] to plead guilty." While it has been held that no "uniform mandatory catechism" is required at a plea (*People v Nixon*, 21 NY2d 338, 353 [1967], *cert denied* 393 US 1067 [1969]; *People v Tyrell*, 22 NY3d 359 [2013]), the court's failure to inform defendant of any of his *Boykin* rights is an error of constitutional dimension mandating reversal (*id.* at *5).

We note that defendant fulfilled the conditions of his sentence. Concur—Mazzarelli, J.P., Andrias, Freedman and Gische, JJ.